**No. 51265.**—Protests 109219–K, etc., of Engis Equipment Co., Inc. (New York).

Opinion by LAWRENCE, J. The uncontradicted evidence established that the articles were similar in all material respects to the clinometers passed upon in *Engis Equipment Co., Inc.* v. *United States* (16 Cust. Ct. 86, C. D. 990). In accordance therewith the claim for classification as mathematical instruments at 40 percent under paragraph 360 was sustained.

BEFORE THE THIRD DIVISION, AUGUST 12, 1946

**No. 51266.**—Protests 97663–K, etc., of F. W. Myers & Co. (Detroit).

Opinion by EKWALL, J. It was stipulated that the issue in this case is the same as that in the case of *F. W. Myers & Co., Inc.* v. *United States* (33 C. C. P. A. 81, C. A. D. 319). The claim of the plaintiff to the effect that no duty should have been assessed was therefore sustained.

AUGUST 7, 1946

**No. 51267.**—SUIT 4522.— —*Geo. S. Bush & Co., Inc.* v. *United States*. C. D. 931 modified June 11, 1946. C. A. D. 338.

**No. 51268.**—SUIT 4547.— *United States* v. *Standard Railway Equipment Mfg. Co.* C. D. 976 dismissed by stipulation on May 29, 1946. C. A. D.—(not yet reported).